UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MATTHEW KRIEGER, | Case No. 3:15-cv-00003-HDM-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MR. BACA, et al., | |
| Defendants. | |

This pro se habeas matter under 28 U.S.C. § 2254 comes before the court on respondents' motion for clarification (ECF No. 13).

**IT IS ORDERED** that respondents' motion for clarification (ECF No. 13) is **GRANTED** *nunc pro tunc*.

DATED: 4 February 2016.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1